FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 20 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

GARETH VIALVE, also known as
    "Volvo,"

        Defendants.

- - - - - - - - - - - - - - - -X

O R D E R

Cr. No. 04-784 (CBA)

On application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Morris J. Fodeman, and good cause having been shown, it is hereby

ORDERED that this matter is unsealed.

                         s/Joan M. Azrack
                         UNITED STATES MAGISTRATE JUDGE
                         EASTERN DISTRICT OF NEW YORK

Dated:    September 20, 2005
           Brooklyn, New York